**Order entered September 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00160-CV

**SKY INTERESTS CORP., Appellant**

**V.**

**ELLE MOISDON, Appellee**

**On Appeal from the 382nd Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 1-16-0782**

## ORDER

Before the Court is appellee's September 7, 2018 second motion for extension of time to file a brief. We **GRANT** the motion and extend the time to **September 21, 2018**.

/s/      ADA BROWN
         JUSTICE